PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED
JUN 2 7 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Reynaldo Martinez                           Cr.: 11-190 (DRD)
                                                              PACTS Number: 56521

Name of Sentencing Judicial Officer:   Honorable Andre M. Davis
                                       United States District Judge, District of Maryland

Name of Newly Assigned Judicial Officer:  Honorable Dickinson R. Debevoise

Date of Original Sentence: 04/25/03

Original Offense: Possession with Intent to Distribute Narcotics

Original Sentence: 100 months incarceration followed by 4 years of supervised release. $100 Special Assessment. Special conditions: 1) Substance abuse testing and treatment; and, 2) Educational/Vocational training

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/01/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

Martinez has expressed an increased level of stress and anxiety and is requesting the services of the U.S. Probation Department, specifically to include a referral to mental health treatment as deemed appropriate.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 06/17/11

PROB 12B - Page 2
Reynaldo Martinez

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 27, 2011
_____
Date