PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Reynaldo Martinez

**Docket Number:** 11-00190-001
**PACTS Number:** 56521

**Name of Judicial Officer:** Honorable Dickinson R. Debevoise
Senior United States District Judge

**Name of Sentencing Judicial Officer:** Honorable Andre M. Davis
United States District Judge, D/MD

**Date of Original Sentence:** April 25, 2003

**Original Offense:** Possession with Intent to Distribute Narcotics

**Original Sentence:** 100 months imprisonment; 4 years supervised release; $100 Special Assessment.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 10/01/10

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On October 22, 2012, the offender was arrested by the Jersey City Police Department and charged with possession of CDS; manufacture/distribute CDS; and, CDS on school property. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On October 22, 2012, the offender was arrested with Raymond Rodriguez, a convicted felon. |

PROB 12C - Page 2
Reynaldo Martinez

I declare under penalty of perjury that the foregoing is true and correct.

Gisella M.
Bassolino
2013.01.15
11:34:36 -05'00'

By:  Gisella M. Bassolino
U.S. Probation Officer
Carolee Ann Azzarello
2013.01.16 13:23:03
-05'00'
Date:  1/15/13

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: _March 4, 2013  2:00 PM_
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_January 22, 2013_____
Date